UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>                Plaintiff,<br><br>        v.<br><br>V. LAI, et al,<br><br>                Defendants. | Case No.  1:20-cv-00690-NONE-EPG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 5) |

    Plaintiff, Phillip Sanders, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff requests additional time to file an amended complaint. (ECF No. 5.) The Court finds good cause for, and will accordingly grant, the extension of time.

    IT IS ORDERED that Plaintiff shall either file an amended complaint, or notify the Court that he wishes to stand on his complaint, no later than **September 7, 2020**.

IT IS SO ORDERED.

    Dated:   **August 3, 2020**                           /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE