1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   PHILLIP SANDERS,                         No.  1:20-cv-00690-NONE-EPG

11                  Plaintiff,                ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS
12          v.
                                              (Doc. No. 10.)
13   V. LAI, et al.,

14                  Defendants.

15

16          Plaintiff Phillip Sanders is proceeding *pro se* and *in forma pauperis* in this civil rights

17   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

18   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On November 2, 2020, the magistrate judge entered findings and recommendations

20   recommending that this action be dismissed with prejudice and without leave to amend for failure

21   to comply with Federal Rule of Civil Procedure 8 and failure to state a claim.  (Doc. No. 10.)

22   Plaintiff was provided an opportunity to file objections to the findings and recommendations

23   within twenty-one (21) days.  (*Id.*)  Plaintiff timely filed objections on November 24, 2020.  (Doc.

24   No. 11.)  Plaintiff also filed a second amended complaint without leave to amend concurrently

25   with his objections on November 24, 2020, and a motion for reconsideration of the findings and

26   recommendations on December 1, 2020.  (Doc. Nos. 12, 13.)  The court construes plaintiff's

27   second amended complaint and the motion for reconsideration as further objections to the

28   findings and recommendations.

                                              1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.  Nothing in plaintiff's objections, second amended complaint, or motion for reconsideration addresses the pleading failures identified in the findings and recommendations.  Critically, even if the court were to consider the content of plaintiff's second amended complaint, he has again named as defendants therein various judicial officers, public defenders, private attorneys, and probation officers.  (*See* Doc. No. 12 at 1.)  The findings and recommendations correctly explain why plaintiff cannot maintain cognizable claims against any of these individuals.  (*See* Doc. No. 10 at 8–12.)  Therefore, it would not cure the pleading deficiencies to allow the filing and screening of plaintiff's second amended complaint.

Accordingly,

1.  The findings and recommendations entered November 2, 2020 (Doc. No. 10) are adopted in full;

2.  This case is dismissed with prejudice due to plaintiff's failure to comply with Federal Rule of Civil Procedure 8 and failure to state a claim; and

3.  The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **December 11, 2020**                                             

UNITED STATES DISTRICT JUDGE