UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**PHILLIP SANDERS,**

CASE NO: **1:20–CV–00690–DAD–EPG**

v.

**V. LAI, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/14/2020**

**Keith Holland**
Clerk of Court

ENTERED: **December 14, 2020**

by: /s/ E. Flores
Deputy Clerk